JS-6

PAMELA TAHIM THAKUR, ESQ. (Bar No. 239717)
pamela@thakurlawfirm.com
BENJAMIN D. SKELTON, ESQ. (Bar No. 351968)
benjamin@thakurlawfirm.com
THAKUR LAW FIRM, APC
1400 N. Harbor Blvd., Suite 410
Fullerton, CA 92835
T:  (714) 772-7400
F:  (714) 333-4943

Attorneys for Plaintiff/Counterdefendant, QUEEN GARLIC, SL

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUEEN GARLIC SL, a Spanish limited company,<br><br>Plaintiff,<br><br>v.<br><br>L.A. GARLIC & SPICE, INC., a California corporation; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 2:25-cv-2616-BFM<br><br>**ORDER RE: JOINT STIPULATION FOR DISMISSAL OF ENTIRE CASE PURSUANT TO F.R.C.P. 41 (a) and (c) AND REQUEST TO VACATE ALL CURRENT DEADLINES AND HEARINGS** |
| L.A. GARLIC & SPICE, INC., a California corporation,<br><br>Counterclaimant,<br><br>v.<br><br>QUEEN GARLIC SL, a Spanish limited company; AND ROES 1-10, inclusive;<br><br>Counterdefendants. | Complaint Filed: 03/25/2025 [Dkt. 3]<br>Counterclaim Filed: 06/23/25 [Dkt. 13] |

THAKUR LAW FIRM, APC
1400 N. Harbor Blvd., Suite 410
Fullerton, California 92835

-1-

ORDER RE: JOINT STIPULATION FOR DISMISSAL OF ENTIRE CASE

## <u>ORDER</u>

The Court, having considered the Stipulation for Dismissal of Entire Case and Request to Vacate All Current Deadlines and Hearings submitted by the parties, and good cause appearing therefor, hereby ORDERS as follows:

1. The entire case, including all claims by QUEEN GARLIC SL and all counterclaims by L.A. GARLIC & SPICE, INC. against all parties, is dismissed <u>with</u> prejudice

2. All current deadlines and hearings are vacated.

**IT IS SO ORDERED.**

DATED:   APRIL 1, 2026

_____

Hon. Brianna Fuller Mircheff
United States Magistrate Judge

**THAKUR LAW FIRM, APC**
1400 N. Harbor Blvd., Suite 410
Fullerton, California 92835

ORDER RE: JOINT STIPULATION FOR DISMISSAL OF ENTIRE CASE